UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
OCT 02 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Stefon Smith )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )
v. )
City of East Ridge )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

1:23-cv-226

CEA/CHS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county):

    N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Catoosa County Jail (not a party to suit)

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( ) Not applicable

   C. If your answer is YES,

      1. What steps did you take? N/A

      2. What was the result? N/A

   D. If your answer to B is NO, explain why not. N/A

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( ) N/A

   F. If your answer is YES,

      1. What steps did you take? N/A

2

2. What was the result? __N/A__

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: __Stefan Smith__

Present address: __Catoosa County Jail, P.O.Box 909, Ringgold, Georgia__

Permanent home address: __Currently without__

Address of nearest relative: __4914 Pattonham Rd. Ooltewah, Tn 37363__

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: __City of East Ridge__

Official position: __Municipality__

Place of employment: __City of East Ridge, Tennessee__

C. Additional defendants:

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

__False arrest/imprisonment on April 10 - April 17, 2022__

3

and then a second false arrest/imprisonment occurred on November 2, 2022 in the same pending matter. Arrest/imprisonment was initiated and executed by East Ridge Police Department in East Ridge, Tennessee. This pending case was dismissed on January 10, 2023.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want this court to oversee the proceeding of me as plaintiff seeking relief and remedy for violation and infringement of my rights under the Federal Constitution committed by the entity(s) listed. Would like this court to assist with settlement of a justiciable controversy.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __26__ day of __September__, 20__23__.

_____ All Rights Reserved.
Signature of plaintiff(s)

5